1
2
3
4
5
6                        **UNITED STATES DISTRICT COURT**
7                             **DISTRICT OF NEVADA**
8
9    MARVIN DOLEMAN,
         *Plaintiff*,                                2:11-cv-00858-JCM-RJJ
10
11   vs.
                                                     ORDER
12   CONRAD SCHAFF,
13        *Defendant*.
14

15          The summons (#6) issued in this prisoner civil rights action will be quashed.  Pursuant

16   to the Prisoner Litigation Reform Act, a prisoner may not pursue service of a civil rights

17   complaint against a governmental officer before the court has completed screening under 28

18   U.S.C. § 1915A.  The amended complaint (#5) currently is pending for screening, and it will

19   be screened in due course.  In the meantime, plaintiff may not pursue service of the matter.

20          IT THEREFORE IS ORDERED that the summons (#6) issued hereby is QUASHED.

21   Any service attempted in this matter prior to an order from the court authorizing same shall

22   be wholly invalid and without effect.  Defendant is under no obligation to respond in this

23   matter unless and until expressly ordered to do so by this court.

24          DATED: August 30, 2011.

25

26

27                                        _____
                                          JAMES C. MAHAN
28                                        United States District Judge